## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. <u>17-52816</u> |
| Guillermo Gutierrez | * | Judge:  <u>CALDWELL</u> |
| Laura Marshall | | |
| Debtors | * | Ch. 13 |

## AUDITOR VALUE OF REAL PROPERTY

Now come Debtors, by and through Counsel, to submit the attached Auditor value of real estate, which the debtors believe to be the fair market values of the real estate pursuant to LBR 3012-1(d).

Respectfully submitted,

<u>/s/ Michael A. Cox</u>
Michael A. Cox (0075218)
Attorney for Debtors
2500 N. High St., Ste. 100
Columbus, OH 43202
(614) 267-2871

| Summary | **ParcelID: 570-182080-00** | **Map-Rt: 570-N061BB -234-00** | | |
|---|---|---|---|---|
| Land Profile | **MARSHALL LAURA A** | **1365 ARONIA CT** | | |
| Residential | **Owner** | | 1 of 1 | |
| Commercial | | | Return to Search Results | |

**Owner** MARSHALL LAURA A

| | | |
|---|---|---|
| Owner Address | 1365 ARONIA CT | **Actions** |
| | GALLOWAY OH 43119 | Neighborhood Sales |
| | | Proximity Search |
| Legal Description | ARONIA CT | Printable Version |
| | LAUREL GREENE 4 PH 2 | Custom Report Builder |
| | LOT 540 | |
| Calculated Acres | .19 | **Reports** |
| Legal Acres | 0 | Proximity Report |
| | | Map Report |
| Tax Bill Mailing | US BANK HOME MORTGAGE | Parcel Summary |
| | | Parcel Detail |
| | 6053 S FASHION SQUARE DR STE 99 | |
| | SALT LAKE CITY UT 84107-5439 | **Social Media Links** |
| | | |
| | View Google Map | |

**Most Recent Transfer**

| | |
|---|---|
| Transfer Date | SEP-28-1999 |
| Transfer Price | $114,000 |
| Instrument Type | GW |

**2016 Tax Status**

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 570 - COLUMBUS-SOUTHWESTERN CSD |
| School District | 2511 - SOUTH WESTERN CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 09601 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2016: Yes 2017: Yes |
| Homestead Credit | 2016: No 2017: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43119 |

**2016 Current Market Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 20,100 | 93,500 | 113,600 |
| TIF | | | |
| Exempt | | | |
| Total | 20,100 | 93,500 | 113,600 |
| CAUV | 0 | | |

**2016 Taxable Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 7,040 | 32,730 | 39,770 |
| TIF | | | |
| Exempt | | | |
| Total | 7,040 | 32,730 | 39,770 |

**2016 Taxes**

| Net Annual Tax | Taxes Paid | CDQ |
|---|---|---|
| 2,406.18 | 1,203.09 | |

**Dwelling Data**

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing <u>Auditor Value of Real Property</u> was served electronically upon the clients and following parties of interest on Friday, May 05, 2017:

U.S. Trustee
Frank M. Pees, Ch. 13 Trustee

<u>/s/ Michael A. Cox</u>
Michael A. Cox (0075218)