# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Guillermo O Gutierrez | : | Case No: 17-52816 |
| Laura Ann Marshall | | |
| Debtor(s) | : | Chapter 13 Judge: CHARLES M. CALDWELL |
| | : | 341 Hrg: 6/7/2017 |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income _____           Below median income __X__

__X__  **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

>   __X__ Other: **Plan #1 marks that section 5.1.2 and/or 5.1.4 is completed; however, there are no provisions in these sections.**
>
>   **The A(2) auto exemption is split among 4 different cars.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for July 10, 2017, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: 100 mo - 24 mos; 255 mo - rem**

**Best Interest Dividend: 0%**    **Dividend: 1%**

**Length: 53 Months**

Dated: June 14, 2017                     Respectfully submitted,

**/s/  Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: June 14, 2017                       **/s/ Frank M. Pees**
                                              Frank M. Pees
                                              Chapter 13 Trustee
                                              130 East Wilson Bridge Road #200
                                              Worthington, Ohio 43085-6300